UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA • ORLANDO DIVISION

| | |
|---|---|
| DAVID W. FOLEY, JR., and JENNIFER T. FOLEY, <br>     Plaintiffs <br>     v. <br> ORANGE COUNTY, <br> a political subdivision of Florida, and <br> ASIMA AZAM, TIM BOLDIG, FRED BRUMMER, RICHARD CROTTY, FRANK DETOMA, MILDRED FERNANDEZ, MITCH GORDON, TARA GOULD, CAROL HOSSFIELD, TERESA JACOBS, RODERICK LOVE, ROCCO RELVINI, SCOTT RICHMAN, JOE ROBERTS, MARCUS ROBINSON, TIFFANY RUSSELL, BILL SEGAL, PHIL SMITH, and LINDA STEWART, <br> individually and together, in their personal capacities, <br>     Defendants | *Case No.* <br> 6-22-cv-00456-RBD-EJK <br><br> COMPLAINT <br> FOR VIOLATION OF <br> CIVIL RIGHTS <br> Demand for a Jury Trial |

## WAIVER OF THE SERVICE OF SUMMONS

To:   DAVID W. FOLEY, JR., and JENNIFER T. FOLEY
       1015 North Solandra Drive, Orlando, Florida 32807-1931

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

1

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 14, 2022, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Phil Smith  3/31/22
Date

J Conner
Signature of attorney

Jessica Conner
Printed Named

201 E. Pine St., Suite 1200, Orlando, FL
Address

Jessica.Conner@PRML-LAW.COM
E-mail Address

407-422-4310
Phone Number

2