UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID W. FOLEY, JR. and
JENNIFER T. FOLEY,

      Plaintiffs,

v.                                                  Case No: 6:22-cv-456-RBD-EJK

ORANGE COUNTY, ASIMA AZAM, TIM BOLDIG, FRED BRUMMER, RICHARD CROTTY, FRANK DETOMA, MILDRED FERNANDEZ, MITCH GORDON, TARA GOULD, CAROL HOSSFIELD, TERESA JACOBS, RODERICK LOVE, ROCCO RELVINI, SCOTT RICHMAN, JOE ROBERTS, MARCUS ROBINSON, TIFFANY RUSSELL, BILL SEGAL, PHIL SMITH, and LINDA STEWART,

      Defendants.

## REPORT AND RECOMMENDATION

This cause comes before the Court on Defendants' Motion for Judgment Pursuant to Rule 58 (the "Motion"), filed October 19, 2022. (Doc. 71.) Plaintiffs responded in opposition on November 16, 2022. (Doc. 89.) Thus, this Motion is ripe for review. Upon consideration, I respectfully recommend that the Motion be granted.

On October 11, 2022, this Court granted Defendants' Motions to Dismiss and dismissed the Complaint with prejudice. (Doc. 70.) The Clerk of Court closed this case on October 12, 2022. Under Rule 58(d), "a party may request that judgment be set out

in a separate document as required by Rule 58(d)." Fed. R. Civ. P. 58(d). Defendants argue that as the prevailing parties, they "are entitled to the finality and clarity afforded by a judgment set forth in a separate document." (Doc. 71 ¶ 5.) Plaintiffs' only response in opposition is to request that the Court delay resolution of the instant Motion until the Court rules on Plaintiff's Motion for Reconsideration (Doc. 83). (Doc. 89.) On December 13, 2022, the Court denied Plaintiff's Motion for Reconsideration (Doc. 104.) Thus, Plaintiff's opposition is moot.

Accordingly, as judgment has yet to be entered, I **RESPECTFULLY RECOMMEND** that Defendants' Motion for Judgment Pursuant to Rule 58 (Doc. 71) be **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2023.

*[signature]*

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).